1 **BEN LOVEMAN**  (SBN # 249970)
Law Offices of Virender Kumar Goswami
2 870 Market Street., Ste. 1028
San Francisco, California 94102
3 Tel: (415) 391-0228
Fax:(415) 288-0459
4

Attorney for Plaintiff
5 **Yuba Raj SHARMA**

6

**UNITED STATES DISTRICT COURT**
7 **NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**
8

9

10
| | |
|---|---|
| **YUBA SHARMA** )  | |
| ) | |
| Plaintiff ) | **No.: C-08-02636 SBA** |
| ) | |
| v. ) | |
| ) | |
| **ROBERT MUELLER III,** Director, ) | **MOTION TO WITHDRAW/DISMISS** |
| Federal Bureau of Investigation; ) | **SUIT AND ORDER** |
| **JOHNATHAN SCHARFEN**, Acting ) | |
| Director, USCIS; **MICHAEL** ) | **IMMIGRATION MANDAMUS CASE** |
| **CHERTOFF,** Secretary, Department of ) | |
| Homeland Security; **MICHAEL B.** ) | |
| **MUKASEY,** Attorney General, Department ) | |
| of Justice; **TERRY RICE,** San Francisco ) | |
| Field Office Director, USCIS; **EMILIA** ) | |
| **BARDINI,** Director, Asylum Office, San ) | |
| Francisco ) | |
| ) | |
| Defendants. ) | |

    Plaintiff, through Counsel, requests that he be allowed to withdraw the complaint in the
proceedings for the above captioned case.  In the alternative Plaintiff request that this Court order
that this case be dismissed as the case is now moot.  Plaintiff was seeking a writ of mandamus

Motion to Withdraw/ Dismiss Suit                    1
C-08-02636 SBA

compelling Defendants to adjudicate his asylum application. The USCIS recently adjudicated Plaintiff's application. The case is therefore moot.

Respectfully submitted,

_____/s/_____
BEN LOVEMAN[1]
Attorney for Plaintiff

Dated: July 17, 2008

**ORDER**

Pursuant to Plaintiff's Motion, IT IS SO ORDERED. All pending motions, deadlines, and court hearings are hereby VACATED.

Date: 8/4/08

Judge Saundra B. Armstrong
United States Magistrate Judge

---

[1] I, Ben Loveman, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document